**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN RODRIGUEZ-COMACHO, AKA Juan Rodriguez-Camacho, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No. 18-72327 <br><br> Agency No. A208-559-504 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2019**

Before:      CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Juan Rodriguez-Comacho, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for deferral of removal

under the Convention Against Torture ("CAT").  We have jurisdiction under 8

U.S.C. § 1252.  We review for substantial evidence the agency's factual findings.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

*Avendano-Hernandez v. Lynch*, 800 F.3d 1072, 1078 (9th Cir. 2015). We deny the petition for review.

Substantial evidence supports the agency's denial of CAT relief because Rodriguez-Comacho failed to show it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Delgado-Ortiz v. Holder*, 600 F.3d 1148, 1152 (9th Cir. 2010) (generalized evidence of violence and crime in Mexico was not particular to the petitioner and insufficient to establish eligibility for CAT relief).

We reject Rodriguez-Comacho's contentions that IJ failed to consider evidence and used an incorrect legal standard.

**PETITION FOR REVIEW DENIED.**